**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Tony JONES, Defendant–Appellant.**

No. 14–60690
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 29, 2015.

Patrick A. Lemon, Esq., U.S. Attorney's Office, Jackson, MS, for Plaintiff–Appellee.

Terence L. High, High Law Firm, P.L.L.C., Ridgeland, MS, for Defendant–Appellant.

---

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Tony Jones appeals his guilty plea conviction of conspiracy to defraud the United States Treasury, contending that the district court plainly erred in imposing a 105–month term of imprisonment. Jones challenges the district court's denial of the Government's motion for a downward departure, the denial of a reduction in his offense level for acceptance of responsibility, and the weighing of the 18 U.S.C. § 3553(a) factors. Relying on the appellate waiver in the plea agreement, the Government seeks the dismissal of the appeal · or, alternatively, a summary affirmance. Jones does not challenge the voluntariness of the appeal waiver provision, but asserts that a miscarriage of justice will occur if the waiver is enforced.

Our review of the record shows that Jones's appeal waiver was knowing and voluntary and that, under the plain language of the plea agreement, the waiver applies to the circumstances at hand. *See United States v. Bond*, 414 F.3d 542, 544 (5th Cir.2005). Jones's argument that his claims should be analyzed for a miscarriage of justice in spite of the validity of the waiver of appeal lacks merit. Accordingly, Jones's appeal waiver bars review of the issues he seeks to raise on appeal. *Id.* at 546.

Accordingly, IT IS ORDERED that the Government's motion to dismiss the appeal is GRANTED, and· the appeal is DIS-MISSED. The Government's motion for summary affirmance is DENIED.

**Rael A. ODONGO, Petitioner**

v.

**OFFICE OF the CHIEF ADMINISTRATIVE HEARING OFFICER; Crossmark, Incorporated, Respondents.**

No. 15–60044
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 29, 2015.

Martin Allen Brown, Basinger Leggett Clemons Bowling & Shore, P.L.L.C., Plano, TX, for Petitioner.

Matthew Miles Collette, U.S. Department of Justice, Washington, DC, Michael J. Creppy, U.S. Department of Justice Office of Chief Adm. Hearing Officer, Falls Church, VA, Michael Harman Bell, Gavin Samuel Martinson, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Dallas, TX, for Respondent.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.